1  Jeffrey M. Hamerling (Bar No. 91532)
   jhamerling@archernorris.com
2  Phillip Allan T. Perez (Bar No. 234030)
   tperez@archernorris.com
3  ARCHER NORRIS
   2033 North Main Street, Suite 800
4  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
5  Facsimile:    925.930.6620

6  Attorneys for Defendants
   BP p.l.c., BP Exploration & Oil, Inc. (a dissolved
7  corporation), erroneously sued herein as BP
   Exploration and Oil, Inc., BP Products North
8  America Inc., and BP Corporation North America
   Inc.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Maria Barrous, an individual and as Trustee of the Barrous Living Trust, Demetrois Barrous, an individual, dba Jimmy's Restaurant,<br><br>Plaintiffs,<br><br>v.<br><br>BP p.l.c., BP Exploration and Oil, Inc., BP Products North America, Inc., BP Corporation North America, Inc., ConocoPhillips Company and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  C10-02944 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION FOR BP P.L.C., BP EXPLORATION AND OIL, INC., BP PRODUCTS NORTH AMERICA INC., AND BP CORPORATION NORTH AMERICA INC. AND CONOCOPHILLIPS COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |
|---|---|

TO THE COURT AND TO ALL PARTIES OF RECORD:

Pursuant to Local Rule 6-1(a), Plaintiffs Maria Barrous, an individual and as Trustee of the Barrous Living Trust, Demetrois Barrous, an individual, dba Jimmy's Restaurant (collectively "Plaintiffs") and defendants BP p.l.c., BP Exploration & Oil, Inc. (a dissolved corporation), erroneously sued herein as BP Exploration and Oil, Inc., BP Products North America Inc., and BP Corporation North America Inc. (collectively "BP Defendants") hereby stipulate, through their

attorneys of record, as follows:

    A.    On May 20, 2010, plaintiffs Maria Barrous, an individual and as Trustee of the Barrous Living Trust, and Demetrois Barrous, an individual, dba Jimmy's Restaurant (collectively referred to hereinafter as "Plaintiffs") filed their complaint in the Superior Court of the State of California in and for the City of San Jose and County of Santa Clara entitled *Maria Barrous, et al. v. BP, et al.,* as Case Number 1-10-CV-172452 ("State Action"), naming the BP Defendants, among others. The State Action was subsequently removed by the BP Defendants to the San Jose Division of the Northern District of the United States District Court on July 6, 2010.

    B.    Plaintiffs and the BP Defendants filed a first stipulation to extend the response dates until August 12, 2010. The first stipulation extended the time to respond by not more than thirty (30) days for any of the BP Defendants.

    C.    In order to coordinate response dates with Defendant ConocoPhillips Company and to further explore whether the defendants may retain common counsel, the BP Defendants seek an additional 10 days to **August 22, 2010,** to file a response to Plaintiffs' Complaint.

## STIPULATION

Plaintiffs and the BP Defendants, by their respective attorneys of record, hereby stipulate as follows and request the Court enter an order embodying their stipulation:

    1.    Plaintiffs and the BP Defendants and have agreed to extend and consolidate the response date for all of the BP Defendants by 10 days, such that the new response date to answer or otherwise respond to Plaintiffs' Complaint by the BP Defendants shall be **August 22, 2010**.

IT IS SO STIPULATED:

Dated: August 11, 2011

LAW OFFICES OF STEVEN A. ELLENBERG

/s/ Steven A. Ellenberg

Steven A. Ellenberg, Esq
*Attorneys for Plaintiffs*
Maria Barrous, an individual and as Trustee of the Barrous Living Trust, Demetrios Barrous, an individual, dba Jimmy's Restaurant

1 | Dated: August 11, 2010

ARCHER NORRIS

/S/ Jeffrey M. Hamerling
Jeffrey M. Hamerling
Attorneys for Defendants
BP p.l.c., BP Exploration & Oil, Inc. (a dissolved corporation), erroneously sued herein as BP Exploration and Oil, Inc., BP Products North America Inc., BP Corporation North America Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The due date for the BP Defendants to respond to the Plaintiffs' Complaint shall be extended to August 22, 2010.

Dated: August 20, 2010.

*Lucy H. Koh*

Honorable United States District Judge

B0314136/1000474-1