1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  BP p.l.c., BP Exploration & Oil Inc. (a dissolved
   corporation erroneously sued herein as "BP
7  Exploration and Oil, Inc."), BP Products North
   America Inc. (erroneously sued herein as "BP
8  Products North America, Inc."), BP Corporation
   North America Inc. (erroneously sued herein as
9  "BP Corporation North American, Inc.") and
   ConocoPhillips Company
10
11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13
                                          )   Case No. C 10-02944 LHK
14 MARIA BARROUS, an individual and as    )
   Trustee of the Barrous Living Trust,   )   STIPULATION AND [PROPOSED]
15 DEMETROIS BARROUS, an individual,      )   ORDER RE CONTINUING ADR
   dba Jimmy's Restaurant,                )   COMPLETION DATE
16                                        )
                  Plaintiffs,             )
17                                        )
          vs.                             )
18                                        )
   BP P.L.C., BP EXPLORATION AND OIL,     )
19 INC., BP PRODUCTS NORTH AMERICA,       )
   INC., BP CORPORATION NORTH             )
20 AMERICA, INC., CONOCOPHILLIPS          )
   COMPANY and DOES 1-20, inclusive,      )
21                                        )
                  Defendants.             )
22 _____    )
23
24        WHEREAS, pursuant to the "Stipulation and Order Selecting ADR Process" (Docket No.
25 21), the Court set a February 4, 2011 deadline for ADR completion;
26        WHEREAS, on January 14, 2011, the parties conferred with the appointed mediator,
27 Michael Sobel, and agreed to schedule the mediation in March or April 2011 so that necessary
28 discovery can be completed prior to mediation;

1    WHEREAS, all parties have served Rule 26 initial disclosures;

2    WHEREAS, Plaintiffs have served special interrogatories and requests for production of

3    documents on Defendants, to which Defendants have not responded yet;

4    WHEREAS, Defendants have served special interrogatories and requests for production

5    of documents on Plaintiffs, to which Plaintiffs have responded but not provided documents yet,

6    Defendants have subpoenaed documents from four third-parties, only one of which has

7    responded, and Defendants intend to subpoena documents from one additional third-party who

8    was recently disclosed to Defendants;

9    WHEREAS, Plaintiffs have not yet produced documents responsive to Defendants'

10   requests, but the parties intend to meet and confer within the next week regarding the scope and

11   timing of production;

12   WHEREAS, no depositions have taken place to date, but Defendants intend to notice

13   Plaintiffs' depositions upon completion of the document production by Plaintiffs and third-

14   parties as discussed above, and Plaintiffs may notice the deposition of one or more Defendants

15   upon Defendants' responses to Plaintiffs' initial written discovery;

16   THEREFORE, the parties stipulate and request that the Court order that the Court

17   continue the ADR completion date from February 4, 2011 to April 30, 2011.

18

19   IT IS SO STIPULATED.

20

21   Dated: January 25, 2011                    GLYNN & FINLEY, LLP

22                                              _____

23                                              Attorneys for Defendants

24

25   Dated: January 20, 2011                    Law Offices of Steven A. Ellenberg

26                                              _____

27                                              Attorneys for Plaintiffs

28

JOINT STIPULATION AND [PROPOSED] ORDER RE ADR COMPLETION DATE

1    IT IS SO ORDERED.

2
    Dated: January 31 2011
3

4                                          _Lucy H. Koh_

                                           Lucy H. Koh
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE ADR COMPLETION DATE