Allen Ruby, Esq. SB #47109
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500

Steven A. Ellenberg, Esq., SB # 151489
Mark V. Boennighausen, Esq. SB# 142147
LAW OFFICES OF STEVEN A. ELLENBERG
4 N. Second Street, Suite 1240
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiffs

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendants
BP P.L.C., BP Exploration and Oil, Inc.,
BP Products North America, Inc., and
BP Corporation North American, Inc.
and ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Maria Barrous, an individual and as Trustee of the Barrous Living Trust, Demetrios Barrous, an individual, dba Jimmy's Restaurant<br>Plaintiffs,<br>v.<br>BP p.l.c., BP Exploration and Oil, Inc., BP Products North America, Inc., BP Corporation North America, Inc., ConocoPhillips Company and DOES 1-20<br>Defendants. | Case No. C 10-02944 LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT; REQUEST TO CONTINUE HEARING TO MAY 11, 2011; [PROPOSED] ORDER** <u>as modified by the Court</u><br><br>**Date: February 23, 2011**<br>**Time: 2:00 pm**<br>**Courtroom: 4, 5th Floor** |

Joint Case Management Conference Statement

1

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9, plaintiffs Maria Barrous and Demetrios Barrous (collectively "Plaintiffs") defendants BP p.l.c., BP Exploration and Oil, Inc., BP Products North America, Inc. and BP Corporation North America, Inc. (collectively "BP") and defendant ConocoPhillips Company ("ConocoPhillips") submit the following Joint Case Management Statement to the Court in preparation for the February 23, 2011 status conference. (BP and ConocoPhillips are referred to collectively herein as "Defendants.")

### 1.  Status of Pleadings

Since the initial Case Management Conference, Plaintiffs filed a First Amended Complaint ("FAC"). Defendants filed an Answer to the FAC on November 24, 2010.

### 2.  Discovery

Defendants have propounded document requests and interrogatories. Plaintiffs have responded to this discovery, producing roughly 9,000 pages of documents. Plaintiffs and defendants are meeting and conferring over certain document requests.

Defendants have propounded third-party document request discovery. Defendants recently served an additional round of third-party discovery.

Plaintiffs have propounded document requests and interrogatories to Defendants. Plaintiffs expect Defendants to produce documents in the near future.

After reviewing the documents produced, the parties expect to take limited deposition discovery in preparation for the mediation.

### 3.  Mediation / ADR

As explained in the parties January 2011 stipulation, Defendants and Plaintiffs counsel have been in contact with mediator Michael Sobel. The parties agreed to move the mediation completion date from the February 4, 2011 date set in the Court's October 12, Case Management Order to April 30, 2011 in order to allow the discovery described above to be completed. The Court granted this request on January 31, 2011.

**4.     Request to Continue Case Management Conference to May 11, 2011**

At the present time, the parties do not anticipate the need to move any other dates set out in the Court's initial Case Management Order. The Court initially scheduled the February 23 case management conference in coordination with the February 4 mediation deadline. In light of the new mediation deadline (April 30), the parties suggest that this hearing be continued to May 11, 2011 or another day in May selected by the Court.

| Law Offices of Steven A. Ellenberg | Glynn & Finley, LLP |
|---|---|
| By: /s/ Mark V. Boennighauen | AUTHORIZED TO FILE BY E-MAIL<br>By: Adam Friedenberg |
| Counsel for Plaintiffs | Counsel for Defendants |
| Dated: February 14, 2011 | Dated: February 14, 2011 |

**ORDER**

In light of the new mediation date, the Court continues the February 23, 2011 Case Management Conference to ~~May 11, 2011~~ May 18, 2011 at 2:00 PM.

Dated: February 17, 2011

*Lucy H. Koh*
U.S. District Court Judge