1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendants
6  BP p.l.c., BP Exploration & Oil Inc. (a dissolved
   corporation erroneously sued herein as "BP
7  Exploration and Oil, Inc."), BP Products North
   America Inc. (erroneously sued herein as "BP
8  Products North America, Inc."), BP Corporation
   North America Inc. (erroneously sued herein as
9  "BP Corporation North American, Inc.") and
   ConocoPhillips Company
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  MARIA BARROUS, an individual and as        )   **Case No. C 10-02944 LHK**
    Trustee of the Barrous Living Trust,       )
15  DEMETROIS BARROUS, an individual,          )   **STIPULATION AND [~~PROPOSED~~]**
    dba Jimmy's Restaurant,                    )   **ORDER RE CONTINUING ADR**
16                                             )   **COMPLETION DATE**
                   Plaintiffs,                 )
17                                             )
         vs.                                   )
18                                             )
    BP P.L.C., BP EXPLORATION AND OIL,         )
19  INC., BP PRODUCTS NORTH AMERICA,           )
    INC., BP CORPORATION NORTH                 )
20  AMERICA, INC., CONOCOPHILLIPS              )
    COMPANY and DOES 1-20, inclusive,          )
21                                             )
                   Defendants.                 )
22  _____        )

23

24       WHEREAS, pursuant to the "Stipulation and Order Selecting ADR Process" (Docket No.

25  21), the Court set a February 4, 2011 deadline for ADR completion;

26       WHEREAS, pursuant to the Court's order, the mediation deadline was continued to April

27  30, 2011 (Docket No. 39);

28       WHEREAS, all parties have served Rule 26 initial disclosures;

- 1 -

STIPULATION AND [~~PROPOSED~~] ORDER RE ADR COMPLETION DATE

1        WHEREAS, Plaintiffs have served special interrogatories and requests for production of
2 documents on Defendants, to which Defendants have responded and Defendant BP has provided
3 documents;
4        WHEREAS, Defendants have served special interrogatories and requests for production
5 of documents on Plaintiffs, to which Plaintiffs have responded and provided documents;
6        WHEREAS, Plaintiffs are waiting for the production of documents from Defendant
7 ConocoPhillips Company ("ConocoPhillips");
8        WHEREAS, on March 7, 2011, ConocoPhillips filed a motion to compel Plaintiffs to
9 produce documents (Docket No. 43);
10       WHEREAS, the hearing on ConocoPhillips' motion to compel is set for April 12, 2011 in
11 front of Magistrate Judge Paul S. Grewal;
12       WHEREAS, Plaintiffs are meeting and conferring with ConocoPhillips over its written
13 discovery responses and may file a motion to compel seeking further responses if there are no
14 fully responsive supplemental responses received;
15       WHEREAS, Plaintiffs have served follow-up written discovery on Defendants;
16       WHEREAS, Defendants have subpoenaed documents from various third-parties, all of
17 which have responded;
18       WHEREAS, Defendants intend to notice Plaintiffs' depositions to take place promptly
19 after Judge Grewal rules on the motion to compel;
20       WHEREAS, Plaintiff Demetrious Barrous will be deposed by Defendants on May 6,
21 2011;
22       WHEREAS, Plaintiffs intend to notice depositions of Defendants employees or agents
23 for May 2011 once they receive responses to their written discovery identifying the appropriate
24 individuals to depose;
25       WHEREAS, the parties do not anticipate the need for any further extension of the ADR
26 deadline;
27 / / /
28 / / /

1    WHEREAS, the parties will not seek to alter the date of the May 18, 2011 status
2 conference and therefore will provide further guidance to the Court as to the status of this case at
3 that conference;
4    THEREFORE, the parties stipulate and request that the Court order that the Court
5 continue the ADR completion date from April 30, 2011 to June 15, 2011.
6    IT IS SO STIPULATED.

8 Dated: April 1, 2011                    GLYNN & FINLEY, LLP

                                         ____/s/ Adam Friedenberg____
10                                       Attorneys for Defendants

13 Dated: April 1, 2011                   Law Offices of Steven A. Ellenberg

                                         ____/s/ Steven A. Ellenberg____
15                                       Attorneys for Plaintiffs

17    IT IS SO ORDERED.  **Further extensions will be disfavored.**
18 Dated: April 5, 2011
                                         _____*Lucy H. Koh*_____
19                                       Lucy H. Koh
                                         United States District Judge

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER RE ADR COMPLETION DATE