UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA BARROUS, an individual and as Trustee of the Barrous Living Trust, DEMETRIOS BARROUS, an individual, dba Jimmy's Restaurant,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>BP P.L.C., BP EXPLORATION AND OIL, INC., BP PRODUCTS NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., CONOCOPHILLIPS COMPANY and DOES 1-20, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 10-CV-2944-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO CONTINUE DISCOVERY DEADLINES |

On April 5, 2011, the Court granted the parties' stipulated request to continue the ADR completion date from April 30, 2011, to June 15, 2011. The parties now request a continuance of the fact and expert discovery deadlines based upon the continued ADR completion date. Based on the parties' request, the Court extends the fact discovery cut-off to July 29, 2011. The remaining deadlines will remain as set:

INITIAL EXPERT DISCLOSURES: June 14, 2011.

EXPERT DISCOVERY CUT-OFF: July 29, 2011.

DISPOSITIVE MOTIONS: filed by August 4, 2011, and set for hearing no later than September 9, 2011 at 1:30 p.m.

1

Case No.: 10-CV-02944-LHK
ORDER GRANTING IN PART AND DENYING IN PART REQUEST TO CONTINUE DISCOVERY DEADLINES

1   PRETRIAL CONFERENCE: October 5, 2011, at 2 p.m.

2   JURY TRIAL: October 17, 2011, at 9 a.m., in courtroom 4, 5th floor.

3       Any further requests for continuances will be disfavored.

4   **IT IS SO ORDERED.**

6   Dated: May 3, 2011

                                             LUCY H. KOH
                                             United States District Judge