Allen Ruby, Esq. SB #47109
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500

Steven A. Ellenberg, Esq., SB # 151489
LAW OFFICES OF STEVEN A. ELLENBERG
4 North Second Street, Suite 1240
San Jose, California 95113
Telephone: (408) 998-8500

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Barrous, an individual and as Trustee of the Barrous Living Trust, Demetrios Barrous, an individual, dba Jimmy's Restaurant<br><br>Plaintiffs,<br><br>v.<br><br>BP p.l.c., BP Exploration and Oil, Inc., BP Products North America, Inc., BP Corporation North America, Inc., ConocoPhillips Company and DOES 1-20<br><br>Defendants. | CASE NO. C 10-02944 LHK<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT<br><br>LOCAL RULE 6-3<br><br>Date:<br>Time:<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT PLAINTIFFS MAY FILE ALL OF THEIR OPPOSITIONS TO DEFENDANTS PARTIAL SUMMARY JUDGMENT MOTIONS ON AUGUST 11 2011, WITH ALL OF DEFENDANTS REPLIES BEING FILED ON AUGUST 18 2011.

The hearing remains as set on September 1, 2011, at 1:30 pm.

Dated: August 3, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Lucy H. Koh

1