UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA BARROUS, an individual and as Trustee of the Barrous Living Trust, DEMETROIS BARROUS, an individual, dba Jimmy's Restaurant,<br><br>Plaintiffs,<br>v.<br><br>BP P.L.C., BP EXPLORATION AND OIL, INC., BP PRODUCTS NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., CONOCOPHILLIPS COMPANY and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 10-CV-02944-LHK<br><br>ORDER TO LODGE DOCUMENTS PURSUANT TO RULE 79-5 |

Now before the Court are Plaintiffs' and Defendants' administrative motions to file certain documents under seal, ECF No. 117 and ECF No. 156.

To the extent that the documents referred to in Defendants' motion (ECF No. 117) as Exhibits A-C to the Declaration of Jonathan A. Eldredge in support of Motion in Limine No. 9 are different from the documents addressed by the Court's order of September 30, 2011, the Court now orders Defendants to lodge such documents as required by Rule 79-5(b) by 4 P.M. on October 3, 2011.

The Court also orders Plaintiffs to lodge Exhibit A to the Declaration of Mark V. Boennighausen in Support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 7 (ECF No. 149) pursuant to Rule 79-5(b) by 4 P.M. on October 3, 2011. Once the Court has had an opportunity to review the documents, it will issue an order as to whether sealing is appropriate.

1   **IT IS SO ORDERED.**

4   Dated: October 3, 2011

_____
LUCY H. KOH
United States District Judge