1

2

3

4

5           UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7              SAN JOSE DIVISION

8   MARIA BARROUS, an individual and as      )  Case No.: 10-CV-02944-LHK
    Trustee of the Barrous Living Trust,      )
9   DEMETROIS BARROUS, an individual, dba     )  ORDER CONTINUING PRE-TRIAL
    Jimmy's Restaurant,                       )  CONFERENCE
10                                            )
                    Plaintiffs,               )
11         v.                                 )
                                              )
12  BP P.L.C., BP EXPLORATION AND OIL,        )
    INC., BP PRODUCTS NORTH AMERICA,          )
13  INC., BP CORPORATION NORTH                )
    AMERICA, INC., CONOCOPHILLIPS             )
14  COMPANY and DOES 1-20, inclusive,         )
                                              )
15                  Defendants.               )
                                              )
16  _____  )

17        On October 4, 2011, the parties jointly filed a Notice of Settlement advising the Court that

18  they had reached a "settlement in principle."  Accordingly, the Court will continue the pre-trial

19  conference to October 14, 2011 at 11 A.M.  If the parties reach a settlement, they must file a

20  Stipulation of Dismissal by October 13, 2011 at noon.   Jury trial remains as set for October 17,

21  2011 at 9 A.M.

22

23  **IT IS SO ORDERED.**

24

25

26  Dated: October 4, 2011

27                                              LUCY H. KOH
                                                United States District Judge
28

Case No.: 10-CV-02944-LHK
ORDER GRANTING-IN-PART AND DENYING-IN-PART DEFENDANTS' MOTION TO FILE UNDER SEAL

United States District Court
For the Northern District of California