UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA BARROUS, an individual and as Trustee of the Barrous Living Trust, DEMETROIS BARROUS, an individual, dba Jimmy's Restaurant,<br><br>Plaintiffs,<br>v.<br><br>BP P.L.C., BP EXPLORATION AND OIL, INC., BP PRODUCTS NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., CONOCOPHILLIPS COMPANY and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 10-CV-02944-LHK<br><br>ORDER EXTENDING DEADLINE TO FILE STIPULATION OF DISMISSAL |

On October 4, 2011, the parties jointly filed a Notice of Settlement advising the Court that they had reached a "settlement in principle." Accordingly, the Court ordered the parties to file a Stipulation of Dismissal by October 13, 2011 at noon and postponed the final pre-trial conference to October 14, 2011 at 11 A.M. On the morning of October 13, 2011, the court clerk spoke with Plaintiffs' counsel by phone, and was informed that the parties were on the verge of settlement, but that they would be unable to meet the noon deadline to file a Stipulation of Dismissal.

The Court therefore EXTENDS the deadline to file a Stipulation of Dismissal to October 13, 2011 at 10 P.M. The final pre-trial conference remains as set for October 14, 2011 at 11 A.M. Jury trial remains as set for October 17, 2011 at 9 A.M. If the parties file their Stipulation of Dismissal after October 14, 2011 at 3 P.M., the Court will order the parties to pay the daily fees and travel reimbursement expenses for the jury panel that will appear on October 17, 2011 at 9 A.M.

1

Case No.: 10-CV-02944-LHK
ORDER EXTENDING DEADLINE TO FILE STIPULATION OF DISMISSAL

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
LUCY H. KOH
United States District Judge