UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA BARROUS, an individual and as Trustee of the Barrous Living Trust, DEMETROIS BARROUS, an individual, dba Jimmy's Restaurant,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>BP P.L.C., BP EXPLORATION AND OIL, INC., BP PRODUCTS NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., CONOCOPHILLIPS COMPANY and DOES 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-02944-LHK<br><br>ORDER DENYING REQUEST FOR CONTINUANCE |

On October 13, 2011 at 3:45 P.M. the parties filed a joint status report requesting a last-minute continuance of both the final pre-trial conference and trial date. The request is DENIED. The schedule remains as set by the Court's last order.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02944-LHK
ORDER DENYING REQUEST FOR CONTINUANCE