UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA BARROUS, an individual and as Trustee of the Barrous Living Trust, DEMETROIS BARROUS, an individual, dba Jimmy's Restaurant,<br><br>Plaintiffs,<br>v.<br><br>BP P.L.C., BP EXPLORATION AND OIL, INC., BP PRODUCTS NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., CONOCOPHILLIPS COMPANY and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 10-CV-02944-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On October 14, 2011 the parties filed a stipulation of dismissal with prejudice. Pursuant to the parties' stipulation, this case is dismissed with prejudice, and the parties shall bear their own costs and attorney's fees. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 14, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02944-LHK
ORDER DISMISSING CASE WITH PREJUDICE